IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE SUBPOENA SERVED UPON ANDERSON & KARRENBERG, P.C. Relating to the litigation pending in the United States District Court for the District of Maryland captioned *Novell, Inc.* v. *Microsoft Corp.,* Civil Action No. JFM-05-1087 (Consolidated into *In re Microsoft Corp. Antitrust Litigation,* MDL Docket No. 1332) | **MEMORANDUM DECISION AND ORDER GRANTING IN PART AND DENYING IN PART MOTION TO COMPEL ANDERSON & KARRENBERG P.C. TO PRODUCE DOCUMENTS IN RESPONSE TO A SUBPOENA**<br><br>Case No.  2:08 mc 675 DB<br><br>District Judge Dee Benson<br><br>Magistrate Judge David Nuffer |

Microsoft Corporation (Microsoft) filed this ancillary action seeking enforcement of several subpoenas including one served on Anderson & Karrenberg, P.C., a law firm which represents Novell, Inc. (Novell).[1]  Novell and Microsoft are parties to a dispute in the U.S. District Court for the District of Maryland.[2]  In that action, Microsoft has sought discovery from Novell and now Microsoft seeks to obtain similar discovery from Anderson & Karrenberg.[3]

Anderson & Karrenberg has provided complete copies of many boxes of documents to Novell, at its request, so that Novell could respond to discovery from Microsoft.[4]  The law firm did not send Novell a few folders containing legal research and videotapes of two depositions,

---

[1] Motion to Compel Anderson & Karrenberg to Produce Documents in Response to a Subpoena, docket no. 1, filed September 5, 2008.

[2] Microsoft's Memorandum in Support of its Motion to Compel Anderson & Karrenberg to Produce Documents in Response to a Subpoena (Memorandum in Support ) at viii, docket no. 2, filed September 5, 2008

[3] The requests are found in Memorandum in Support at xi-xiii.

[4] Memorandum in Opposition to Microsoft's Motion to Compel . . . (Memorandum in Opposition ) at 6-7, docket no. 21, filed September 29, 2008.


for which transcripts were provided.[5]  Novell has in turn produced many documents to Microsoft[6] in response to these "substantively identical"[7] discovery requests.  There are, however, pending disputes between Microsoft and Novell about Novell's responses to discovery.[8]

There are still some documents responsive to the subpoena that Anderson & Karrenberg have not produced.  These include documents created *during* some litigation in which the boxes of documents were used.[9]  Anderson & Karrenberg is searching for these.[10]  These documents are responsive to the Request No. 7 in the Anderson & Karrenberg subpoena.[11]

The parties' extensive briefing raises many issues.  But the enforcement of this subpoena, except for Request No. 7, would place an undue burden[12] on the law firm, in light of substantially identical party discovery which has not been shown to be futile or ineffective.

**ORDER**

IT IS HEREBY ORDERED that the motion to compel is GRANTED IN PART and DENIED IN PART.  Within ten days of this order, Anderson & Karrenberg shall provide

---

[5] *Id.* at 7.

[6] Memorandum in Opposition at 10.

[7] Memorandum in Support at xi.

[8] Microsoft's Reply Memorandum in Further Support of Its Motion to Compel . . . (Reply Memorandum) at 4, docket no. 25, filed October 10, 2008

[9] Memorandum in Opposition. at 10-12.

[10] *Id.*

[11] Reply Memorandum at 3.

[12] Fed. R. Civ. P. 45(c)(3)(A).

Microsoft with three dates within 45 days of this order on which it is prepared to respond to the subpoena as to Request No. 7 and related testimony.

Dated this 9th day of December, 2008.

                BY THE COURT

                _____
                Magistrate Judge David Nuffer